**No. 43770.**—Protests 973836–G, etc., of S. S. Kresge Co. (New York).

Opinion by TILSON, J. It was stipulated that the cabinets in question are similar to those involved in Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 43771.**—Protest 993086–G of F. W. Woolworth Co. (Los Angeles).

Opinion by TILSON, J. It was stipuated that the balls in question are similar to those involved in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770). The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 43772.**—Protest 993643–G of S. H. Kress & Co. (Los Angeles).

Opinion by TILSON, J. Rubber inflatable animals similar to those involved in Abstract 41517 were held dutiable at 25 percent under paragraph 1537 as claimed.

**No. 43773.**—Protests 969029–G, etc., of Wm. Shaland (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel squawker balloons in part of bamboo were held dutiable at 45 percent under paragraph 409, Abstract 40493 followed, and three-tube horns like those the subject of Abstract 40185 were held dutiable at 45 percent under paragraph 397.

**No. 43774.**—Protests 985617–G, etc., of Cohn & Rosenberger, Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation pearl bead caps similar to those passed upon in *Cohn* v. *United States* (2 Cust. Ct. 380, C. D. 161). The claim at 60 percent under paragraph 218 (f) was therefore sustained.